UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TALITHA GAIL WOODY, personally, and as the personal representative and next of kin of FLOYD MICHAEL WOODY, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS ALLEN BUCKNER, *et al.*,<br><br>Defendants. | No. 3:23-CV-00028-JRG-JEM |

## JUDGMENT ORDER

For the reasons set forth in the Court's Memorandum Opinion and Order, filed herewith, Defendants' motion for summary judgment [Doc. 44] is **GRANTED** in part as to Plaintiff's federal claims and **DENIED** in part as to Plaintiff's claims arising under state law. Plaintiff's state law claims are dismissed without prejudice pursuant to 28 U.S.C. §1367(c). This action is **DISMISSED**. The Clerk is **DIRECTED** to **CLOSE** the case.

So ordered.

ENTERED AS A JUDGMENT:

                                                                     s/J. RONNIE GREER
                                          UNITED STATES DISTRICT JUDGE

    s/LeAnna Wilson
    CLERK OF COURT